Form a342b–a342 VAN–04
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# RENOTICE 341 MEETING
# TO CORRECT TRUSTEE'S NAME

**DEBTOR INFORMATION:**
Cornelius Deshawn Long Jr

**BANKRUPTCY NO.**  2:23–bk–11526–WB

**CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–9156
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** N/A

**Address:**
1452 West 85th Street
Los Angeles, CA 90047

**DEBTOR'S ATTORNEY:**
Peter M Lively
The Law Offices of Peter M Lively
11268 Washington Blvd Ste 203
Culver City, CA 90230–4647

310–391–2400

**TRUSTEE:**
Timothy Yoo (TR)
Levene Neale Bender Yoo & Golubchik
2818 La Cienega Avenue
Los Angeles, CA 90034

(310) 229–3361

Please take notice that the 341 meeting date has been reset for:

**Date:** April 18, 2023          **Time:**  09:00 AM
**Location:**  TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE

Dated: March 17, 2023

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form a342b–a342 VAN–04) Rev. 05/2010                                                                                                **6 / LL2**